ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-2727
    Facsimile: (213)894-7177
    E-Mail: Michele.Marchand@usdoj.gov

E-FILED: 10/19/10

JS - 6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>$19,995.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>LINDA ERB, Personally and on Behalf of Her Minor Daughter, E.A.L.,<br><br>        Claimant. | NO. CV 09-08269-GHK(JCx)<br><br>**[Proposed]**<br>**CONSENT JUDGMENT OF FORFEITURE** |

    Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on November 12, 2009. Notice was given and published in accordance with law. Linda Erb filed timely claims

and answers, personally and on behalf of her minor daughter, E.A.L. ("claimants"). No other claims or answers have been filed, and the time for filing claims and answers has expired.

Plaintiff and claimants have reached an agreement that is dispositive of this action. Plaintiff and claimants hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $19,995.00 in U.S. currency ("defendant currency") other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $9,997.50 of the defendant $19,995.00 in U.S. currency and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited currency. The United States Marshals Service is ordered to dispose of the forfeited currency in accordance with law.

5. The United States shall return to claimants the remaining $9,997.50 of the defendant currency and all interest earned thereon. The remainder of the defendant bank funds shall be returned to claimants Linda Erb and E.A.L., in care of their attorney, Paul L. Gabbert. Said funds shall be forwarded by

electronic funds transfer made payable to "Paul L. Gabbert, Attorney-Client Trust Account" within forty-five days of entry of judgment.

6. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: \_\_\_10/18\_\_\_, 2010

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

/ / /
/ / /
/ / /

1 **Approved as to form and content:**

2 DATED: September ____, 2010           ANDRÉ BIROTTE JR.
                                        United States Attorney
3                                       ROBERT E. DUGDALE
                                        Assistant United States Attorney
4                                       Chief, Criminal Division
                                        STEVEN R. WELK
5                                       Assistant United States Attorney
                                        Chief, Asset Forfeiture Section
6
                                             /s/ Michele C. Marchand
7                                       _____
                                        MICHELE C. MARCHAND
8                                       Assistant United States Attorney

9                                       Attorneys for Plaintiff
                                        United States of America
10

11 DATED: September ____, 2010          LAW OFFICES OF PAUL L. GABBERT

12                                      /s/
                                        _____
13                                      PAUL L. GABBERT

14                                      Attorneys for Claimants
                                        Linda Erb and E.A.L.
15
                                        /s/
16
   DATED: September ____, 2010          _____
17                                      LINDA ERB, Claimant

18                                      /s/

19 DATED: September ____, 2010          _____
                                        LINDA ERB, on Behalf of her Minor
20                                      Daughter, E.A.L., Claimant

21

22

23

24

25

26

27

28                                          4